**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BARBARA A. TRIEBEL, : No. 382 MAL 2020
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
BERKS COUNTY TAX CLAIM BUREAU :
AND CHAD G. HURST, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.